# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

130240

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
Robert P. Young, Jr.
     Plaintiff-Appellee,
Stephen J. Markman,
Justices

v

                          SC: 130240
                          COA: 265834

ELDON MONTA WILLIAMS,
                          Saginaw CC: 00-019092-FC
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006                            _____

p0424                                      Clerk